UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY DICKERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEVIN RUETER, et al.,<br><br>　　　　Defendants. | No. 2:24-cv-0919-TLN-SCR<br><br>**ORDER** |

　　　Plaintiff Jeffrey Dickerson ("Plaintiff"), a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On July 11, 2025, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within twenty-one days.  (ECF No. 16.)  No objections to the findings and recommendations were filed.

　　　Although it appears from the file that Plaintiff's copy of the findings and recommendations was returned, plaintiff was properly served.  It is Plaintiff's responsibility to keep the Court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

///

1

1 | The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 16) are ADOPTED in full; and
2. Plaintiff's complaint is DISMISSED without prejudice; and
3. The Clerk of the Court is directed to close the case.

Date: September 9, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2